U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee
**memorandum**

DATE: January 13, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Brent Page
Docket No.: 3:05-00066-01

TO: The Honorable Juliet E. Griffin, U.S. Magistrate Judge

On December 19, 2005, the following evidence was seized during the defendant's period of supervision and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 269 | 5 | .40 caliber rounds of ammunition |
|  | 1 | .22 caliber round of ammunition |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Juliet E. Griffin
U.S. Magistrate Judge